Marc JONES, Appellant,

v.

Anthony WILLIAMS, Appellee.

No. 03–CV–252.

District of Columbia Court of Appeals.

April 26, 2005.

Before: WAGNER, Chief Judge;
REID, Associate Judge; NEBEKER,
Senior Judge.

ORDER

PER CURIAM.

On consideration of appellee's petition
for rehearing, it is

ORDERED that the petition for rehearing is granted to the extent that this
court's opinion filed November 24, 2004, is
hereby amended as follows:

On page 2, last paragraph now reads:

We decline appellee's invitation to decide the question of absolute immunity
in the first instance. Accordingly, the
judgment dismissing the complaint for
failure to exhaust an administrative remedy is reversed and this case is remanded for consideration and action as the
trial court deems appropriate on the remaining issues presented in the motion
to dismiss. D.C.Code § 17–306 (2001).

On page 2, footnote 1, is deleted.